**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Aegis Creative Communications, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-1467728** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **8966 West Remington Place** <br> **Littleton, CO 80128** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Jefferson** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | **www.aegiscreative.com** |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |
|---|---|---|

Debtor  **Aegis Creative Communications, Inc.**                                      Case number (*if known*) _____
        Name

---

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        __5419__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

---

Debtor   **Aegis Creative Communications, Inc.**                                Case number (*if known*) _____
         _____
         Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency    _____

          Contact name        _____

          Phone                _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor **Aegis Creative Communications, Inc.**
Name

Case number (*if known*) _____

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 18, 2017**
MM / DD / YYYY

**X** **/s/ Jacquelynn D. Repola**
Signature of authorized representative of debtor

**Jacquelynn D. Repola**
Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Kevin S. Neiman**
Signature of attorney for debtor

Date **August 18, 2017**
MM / DD / YYYY

**Kevin S. Neiman**
Printed name

**Law Offices of Kevin S. Neiman, pc**
Firm name

**999 18th Street, Suite 1230 S**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone   **(303) 996-8637**   Email address   **kevin@ksnpc.com**

**36560**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Aegis Creative Communications, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 18, 2017**      X **/s/ Jacquelynn D. Repola**
                                           Signature of individual signing on behalf of debtor

                                           **Jacquelynn D. Repola**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Aegis Creative Communications, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $  **180,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $  **35,207.07**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $  **215,207.07**

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $  **1,237,125.51**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $  **58,331.57**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ +$  **1,396,268.18**

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b                                                                           $  **2,691,725.26**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Aegis Creative Communications, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase** | **Checking** | 6942 | $3,861.60 |
| 3.2. | **Chase** | **Savings** | 7491 | $34.26 |
| 3.3. | **Wells Fargo** | **Checking** | 7021 | $571.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $4,466.86 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Lease deposit** | $7,200.00 |
| --- | --- | --- |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Aegis Creative Communications, Inc.**          Case number *(If known)* _____
_____
Name

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                                    | **$7,200.00** |
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:        17,750.00        -        0.00        = ....        | **$17,750.00** |
                               face amount            doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                   | **$17,750.00** |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** See Sch A/B.39 | **$0.00** | | **Unknown** |

40.     **Office fixtures**

| Debtor | **Aegis Creative Communications, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| See Sch A/B.39 | $0.00 | | Unknown |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
|---|---|---|---|
| | See Sch A/B.39 | $0.00 | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **9518 West San Juan Circle Unit 203 Littleton, CO 80128** | **Fee simple** | **$0.00** | | **$180,000.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $180,000.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Aegis Creative Communications, Inc.**                     Case number *(if known)* _____
_____
Name

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** **Trademark - Aegis** **Trademark - CladeHealth** | $0.00 | | Unknown |
| 61.   **Internet domain names and websites** **www.aegiscreative.com** | $0.00 | | Unknown |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** **Customer list** | $0.00 | | Unknown |
|        **Blog subscriber list** | $0.00 | | Unknown |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** **Goodwill** | $0.00 | | Unknown |

66.     **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    **Aegis Creative Communications, Inc.**                                    Case number *(if known)* _____
          Name

■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
|  | **NOLs**                              Tax year _____ | **Unknown** |

| 73. | **Interests in insurance policies or annuities** |  |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
|  | **Customer deposits for incomplete services** | **$5,790.21** |

|  | **Electronic project information** | **Unknown** |
|---|---|---|

|  | **Incomplete projects for three clients:**<br><br>**F. Hoffmann-La Roche AG Konzern-Hauptsitz ($5,910 if complete)**<br>**Genentech, Inc. ($648,076 if complete)**<br>**Orbus Therapeutics, Inc. ($17,480 if complete)** | **Unknown** |
|---|---|---|

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$5,790.21** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Debtor | **Aegis Creative Communications, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,466.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $17,750.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $180,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,790.21 | |
| 91. **Total.** Add lines 80 through 90 for each column | $35,207.07 | + 91b. $180,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $215,207.07 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

SCHEDULE A/B.39

| Asset | Property Description | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value |
|---|---|---|---|---|---|---|---|---|
| **Group: FURN & FIXTURES-REDSTONE** | | | | | | | | |
| | GLASS SHELVES | 658.21 | 0.00 | 329.11 | 658.21 | 0.00 | 658.21 | 0.00 |
| | DESK/CHAIR/BEDROOM FURN | 2,214.00 | 0.00 | 1,107.00 | 2,214.00 | 0.00 | 2,214.00 | 0.00 |
| | COUCH/CHAIR/END TABLE | 2,971.01 | 0.00 | 1,485.51 | 2,971.01 | 0.00 | 2,971.01 | 0.00 |
| | PEDESTAL TABLE/SHADES | 2,893.75 | 0.00 | 1,446.88 | 2,893.75 | 0.00 | 2,893.75 | 0.00 |
| | MIRRORED FRAME/TRUNK | 543.70 | 0.00 | 271.85 | 543.70 | 0.00 | 543.70 | 0.00 |
| | LAMPS-LIVING ROOM | 126.50 | 0.00 | 63.25 | 126.50 | 0.00 | 126.50 | 0.00 |
| | COPPER PANEL | 49.11 | 0.00 | 24.56 | 49.11 | 0.00 | 49.11 | 0.00 |
| | LAMPS/ARRANGEMENTS | 750.79 | 0.00 | 375.40 | 750.79 | 0.00 | 750.79 | 0.00 |
| | 27" TV & AUDIO FOR VIDEO | 797.53 | 0.00 | 398.77 | 797.53 | 0.00 | 797.53 | 0.00 |
| | ARTWORK FOR WALLS | 477.00 | 0.00 | 238.50 | 477.00 | 0.00 | 477.00 | 0.00 |
| | CABINETS | 238.90 | 0.00 | 119.45 | 238.90 | 0.00 | 238.90 | 0.00 |
| | FURNITURE/CHAIRS | 543.69 | 0.00 | 271.85 | 543.69 | 0.00 | 543.69 | 0.00 |
| | VACUUM SYSTEM | 505.71 | 0.00 | 0.00 | 505.71 | 0.00 | 505.71 | 0.00 |
| | | 12,769.90 | 0.00 c | 6,132.13 | 12,769.90 | 0.00 | 12,769.90 | 0.00 |
| **Group: FURNITURE & FIXTURES** | | | | | | | | |
| | SHELVING | 638.18 | 638.18 | 0.00 | 638.18 | 0.00 | 638.18 | 0.00 |
| | SYSTEMS FURNITURE | 6,278.24 | 0.00 | 0.00 | 6,278.24 | 0.00 | 6,278.24 | 0.00 |
| | SYSTEMS FURNITURE | 9,781.70 | 9,781.70 | 0.00 | 9,781.70 | 0.00 | 9,781.70 | 0.00 |
| | SYSTEMS FURNITURE | 4,744.92 | 4,744.92 | 0.00 | 4,744.92 | 0.00 | 4,744.92 | 0.00 |
| | SYSTEMS FURNITURE | 3,104.00 | 3,104.00 | 0.00 | 3,104.00 | 0.00 | 3,104.00 | 0.00 |
| | SYSTEMS FURNITURE | 12,170.00 | 12,170.00 | 0.00 | 12,170.00 | 0.00 | 12,170.00 | 0.00 |
| | SYSTEMS FURNITURE | 35,859.15 | 0.00 | 17,929.58 | 30,258.49 | 1,600.19 | 31,858.68 | 4,000.47 |
| | SYSTEMS FURNITURE | 14,679.29 | 0.00 | 7,339.65 | 14,679.29 | 0.00 | 14,679.29 | 0.00 |
| | SYSTEMS FURNITURE | 1,850.70 | 1,850.70 | 0.00 | 1,850.70 | 0.00 | 1,850.70 | 0.00 |
| | TABLE | 368.75 | 368.75 | 0.00 | 368.75 | 0.00 | 368.75 | 0.00 |
| | CONFERENCE TABLE & CHAIRS | 2,430.00 | 0.00 | 0.00 | 2,430.00 | 0.00 | 2,430.00 | 0.00 |
| | CONFERENCE TABLE & CHAIRS | 3,179.99 | 0.00 | 0.00 | 3,179.99 | 0.00 | 3,179.99 | 0.00 |
| | 4.3 REFRIGERATOR FREEZER W/LOCK | 363.00 | 0.00 | 181.50 | 331.64 | 20.91 | 352.55 | 10.45 |
| | FURNITURE | 732.76 | 0.00 | 366.38 | 618.32 | 32.70 | 651.02 | 81.74 |
| | SHELVING | 1,034.94 | 0.00 | 517.47 | 873.30 | 46.18 | 919.48 | 115.46 |
| | 5-BUTTON MECHANICAL LOCK FOR ENTRY | 485.00 | 0.00 | 242.50 | 443.10 | 27.93 | 471.03 | 13.97 |
| | FURNITURE | 3,208.01 | 0.00 | 1,604.01 | 2,706.97 | 143.15 | 2,850.12 | 357.89 |
| | FURNITURE | 3,036.00 | 0.00 | 1,518.00 | 2,561.82 | 135.48 | 2,697.30 | 338.70 |
| | STOOLS | 708.21 | 0.00 | 354.11 | 553.36 | 44.24 | 597.60 | 110.61 |
| | CONSOLE TABLE FOR CONF RM | 408.33 | 0.00 | 204.17 | 319.05 | 25.51 | 344.56 | 63.77 |
| | COMPUTER TABLES | 385.28 | 0.00 | 192.64 | 301.04 | 24.07 | 325.11 | 60.17 |
| | CONSOLE FOR CONFERENCE RM | 464.53 | 0.00 | 232.27 | 362.96 | 29.02 | 391.98 | 72.55 |
| | SIT TO STAND ROLLING WORKSTATION | 328.90 | 0.00 | 164.45 | 256.98 | 20.55 | 277.53 | 51.37 |
| | SIT TO STAND ROLLING WORKSTATION | 328.90 | 0.00 | 164.45 | 256.98 | 20.55 | 277.53 | 51.37 |
| | | 106,568.78 | 38,936.49 c | 31,011.18 | 99,069.78 | 2,170.48 | 101,240.26 | 5,328.52 |
| **Group: OFFICE EQUIPMENT** | | | | | | | | |
| | SHREDDER | 192.96 | 192.96 | 0.00 | 192.96 | 0.00 | 192.96 | 0.00 |
| | SMALL VACCUUM | 83.75 | 83.75 | 0.00 | 83.75 | 0.00 | 83.75 | 0.00 |
| | BROTHER HL5070N LASER PRINTER | 455.96 | 0.00 | 227.98 | 455.96 | 0.00 | 455.96 | 0.00 |
| | APPLE CINEMA 20" LCD DISPLAY | 833.00 | 833.00 | 0.00 | 833.00 | 0.00 | 833.00 | 0.00 |
| | PUNCH & BIND MACHINE | 938.90 | 938.90 | 0.00 | 938.90 | 0.00 | 938.90 | 0.00 |
| | APC SMART UPS XL 2200VA | 2,052.22 | 2,052.22 | 0.00 | 2,052.22 | 0.00 | 2,052.22 | 0.00 |
| | HP COLOR LASERJET 5550 | 5,382.18 | 5,382.18 | 0.00 | 5,382.18 | 0.00 | 5,382.18 | 0.00 |
| | APPLE CIN HD DISPLAY 23" FLAT PANEL | 1,428.94 | 1,428.94 | 0.00 | 1,428.94 | 0.00 | 1,428.94 | 0.00 |
| | CPU RACK | 608.12 | 0.00 | 0.00 | 608.12 | 0.00 | 608.12 | 0.00 |
| | APPLE 23" DISPLAY | 1,064.08 | 1,064.08 | 0.00 | 1,064.08 | 0.00 | 1,064.08 | 0.00 |
| | HP PRINTER | 398.56 | 0.00 | 0.00 | 398.56 | 0.00 | 398.56 | 0.00 |
| | MACPRO | 5,262.12 | 5,262.12 | 0.00 | 5,262.12 | 0.00 | 5,262.12 | 0.00 |
| | MACBOOK PRO | 2,315.98 | 0.00 | 1,157.99 | 2,315.98 | 0.00 | 2,315.98 | 0.00 |
| | MACBOOK PR | 2,315.98 | 0.00 | 1,157.99 | 2,315.98 | 0.00 | 2,315.98 | 0.00 |
| | 13.3 MB AIR | 1,307.50 | 0.00 | 653.75 | 1,307.50 | 0.00 | 1,307.50 | 0.00 |
| | HP 24" LCD MONITOR | 544.98 | 0.00 | 272.49 | 544.98 | 0.00 | 544.98 | 0.00 |
| | WIRELESS WEBCAM | 161.73 | 0.00 | 80.86 | 161.73 | 0.00 | 161.73 | 0.00 |
| | IPOD TOUCH | 2,429.67 | 0.00 | 1,214.84 | 2,429.67 | 0.00 | 2,429.67 | 0.00 |
| | BROTHER HL 4040 COLOR PRINTER | 392.95 | 0.00 | 196.48 | 392.95 | 0.00 | 392.95 | 0.00 |
| | HEADPHONES | 322.75 | 0.00 | 161.38 | 322.75 | 0.00 | 322.75 | 0.00 |
| | VIEWSONIC MONITOR | 186.54 | 0.00 | 93.27 | 186.54 | 0.00 | 186.54 | 0.00 |
| | MACBOOKPRO | 1,830.39 | 0.00 | 915.20 | 1,830.39 | 0.00 | 1,830.39 | 0.00 |
| | MACBOOKPRO | 1,219.92 | 0.00 | 609.96 | 1,219.92 | 0.00 | 1,219.92 | 0.00 |
| | MACBOOKPRO | 1,350.29 | 0.00 | 675.15 | 1,350.29 | 0.00 | 1,350.29 | 0.00 |
| | VIEWSONIC MONITOR | 169.00 | 0.00 | 84.50 | 169.00 | 0.00 | 169.00 | 0.00 |
| | VIEWSONIC MONITOR | 169.00 | 0.00 | 84.50 | 169.00 | 0.00 | 169.00 | 0.00 |
| | MACBOOKPRO | 1,514.64 | 0.00 | 757.32 | 1,514.64 | 0.00 | 1,514.64 | 0.00 |
| | VIEWSONIC MONITOR 22 | 164.00 | 0.00 | 82.00 | 164.00 | 0.00 | 164.00 | 0.00 |
| | SAMSUNG GALAXY | 697.21 | 0.00 | 697.21 | 697.21 | 0.00 | 697.21 | 0.00 |
| | NEC CONFERENCE PHONE | 872.06 | 0.00 | 872.06 | 872.06 | 0.00 | 872.06 | 0.00 |
| | VIEWSONIC MONITOR | 133.98 | 0.00 | 133.98 | 133.98 | 0.00 | 133.98 | 0.00 |
| | PRINTER | 427.36 | 0.00 | 427.36 | 427.36 | 0.00 | 427.36 | 0.00 |
| | VIEW SONICE 22 INCH WIDESCREEN | 159.99 | 0.00 | 159.99 | 159.99 | 0.00 | 159.99 | 0.00 |
| | WIRELESS NETWORK BASES STAT | 169.99 | 0.00 | 169.99 | 169.99 | 0.00 | 169.99 | 0.00 |
| | APPLE MACBOOK PRO 15.4 | 1,759.98 | 0.00 | 1,759.98 | 1,759.98 | 0.00 | 1,759.98 | 0.00 |
| | MAC MINI CTO | 913.52 | 0.00 | 913.52 | 913.52 | 0.00 | 913.52 | 0.00 |
| | HP LASER JET PRO | 321.29 | 0.00 | 321.29 | 321.29 | 0.00 | 321.29 | 0.00 |
| | APPLE COMPUTER | 2,688.92 | 0.00 | 2,688.92 | 2,688.92 | 0.00 | 2,688.92 | 0.00 |
| | COMPUTER | 2,494.89 | 0.00 | 2,494.89 | 2,494.89 | 0.00 | 2,494.89 | 0.00 |
| | VIEWSONICE MONITOR | 159.99 | 0.00 | 159.99 | 159.99 | 0.00 | 159.99 | 0.00 |
| | MACBOOK AIR | 1,387.79 | 0.00 | 1,387.79 | 1,387.79 | 0.00 | 1,387.79 | 0.00 |
| | IMAC 27/2.7 | 1,697.14 | 0.00 | 1,697.14 | 1,697.14 | 0.00 | 1,697.14 | 0.00 |
| | MACBOOK AIR 13.3 | 1,208.77 | 0.00 | 1,208.77 | 1,208.77 | 0.00 | 1,208.77 | 0.00 |
| | MACBOOK AIR 13.3 | 1,208.07 | 0.00 | 1,208.07 | 1,208.07 | 0.00 | 1,208.07 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MACBOOK AIR 13" | 1,632.93 | 0.00 | 816.47 | 1,491.85 | 94.05 | 1,585.90 | 47.03 |
| MONITOR | 148.34 | 0.00 | 74.17 | 135.52 | 8.55 | 144.07 | 4.27 |
| VIEW SONIC 22 WIDESCREEN MONITOR | 143.98 | 0.00 | 71.99 | 131.54 | 8.29 | 139.83 | 4.15 |
| MACBOOK AIR | 1,533.75 | 0.00 | 766.88 | 1,401.23 | 88.35 | 1,489.58 | 44.17 |
| TV W/COMPUTER HOOK UP FOR CONFERENCE RM | 1,249.98 | 0.00 | 624.99 | 1,141.99 | 71.99 | 1,213.98 | 36.00 |
| MONITOR VIEW SONICS  22IN | 159.99 | 0.00 | 80.00 | 146.17 | 9.21 | 155.38 | 4.61 |
| PROSAFE 24 PORT GIGABIT SMART SWITCH | 249.57 | 0.00 | 124.79 | 228.01 | 14.37 | 242.38 | 7.19 |
| AIRPORT EXTREME | 173.18 | 0.00 | 86.59 | 158.22 | 9.97 | 168.19 | 4.99 |
| POLYCOM VOICESTATION | 279.60 | 0.00 | 139.80 | 239.34 | 16.10 | 255.44 | 24.16 |
| COMPUTER | 988.33 | 0.00 | 494.17 | 846.01 | 56.93 | 902.94 | 85.39 |
| QUADRA HARD DRIVE | 1,038.96 | 0.00 | 519.48 | 889.35 | 59.84 | 949.19 | 89.77 |
| APPLE MACBOOK AIR | 1,098.99 | 0.00 | 549.50 | 940.74 | 63.30 | 1,004.04 | 94.95 |
| APPLE MACBOOK AIR | 1,337.13 | 0.00 | 668.57 | 1,144.58 | 77.02 | 1,221.60 | 115.53 |
| APPLE MACBOOK PRO LAPTOP | 1,402.99 | 0.00 | 701.50 | 1,200.96 | 80.81 | 1,281.77 | 121.22 |
| POLYCOM VOICESTATEION-CONF ROOM | 269.95 | 0.00 | 134.98 | 231.08 | 15.55 | 246.63 | 23.32 |
| MBAIR 13.3 | 1,099.00 | 0.00 | 549.50 | 940.74 | 63.30 | 1,004.04 | 94.96 |
| ASUS P1 ULTRA LIGHT PROJECTOR | 350.98 | 0.00 | 175.49 | 300.44 | 20.22 | 320.66 | 30.32 |
| MACBOOK PRO | 2,888.53 | 0.00 | 1,444.27 | 2,472.58 | 166.38 | 2,638.96 | 249.57 |
| MACBOOK AIR | 1,173.83 | 0.00 | 586.92 | 1,004.80 | 67.61 | 1,072.41 | 101.42 |
| IPAD | 858.93 | 0.00 | 429.47 | 735.25 | 49.47 | 784.72 | 74.21 |
| SIGN | 1,988.91 | 0.00 | 994.46 | 1,380.06 | 173.96 | 1,554.02 | 434.89 |
| FIREWALL HARDWARE FOR NETWORK | 559.00 | 0.00 | 279.50 | 424.84 | 53.66 | 478.50 | 80.50 |
| SERVER | 718.95 | | | | | | |
| | 72,742.86 | 17,636.71 c | 35,040.10 | 68,982.36 | 1,268.93 | 70,251.29 | 1,772.62 |

**Group: SOFTWARE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FONT SCALA SANS PRO SOFTWARE | 425.00 | 0.00 | 0.00 | 425.00 | 0.00 | 425.00 | 0.00 |
| TIMELINE PROGRAM | 65.00 | 0.00 | 32.50 | 65.00 | 0.00 | 65.00 | 0.00 |
| RUMPUS STANDARD | 269.00 | 0.00 | 134.50 | 269.00 | 0.00 | 269.00 | 0.00 |
| MINDMANGER SOFTWARE MAC | 1,477.50 | 0.00 | 738.75 | 1,477.50 | 0.00 | 1,477.50 | 0.00 |
| OMNI PLAN SOFTWARE | 734.72 | 0.00 | 367.36 | 734.72 | 0.00 | 734.72 | 0.00 |
| DEVON THINK | 169.95 | 0.00 | 84.98 | 169.95 | 0.00 | 169.95 | 0.00 |
| METACOM | 3,194.00 | 0.00 | 1,597.00 | 3,194.00 | 0.00 | 3,194.00 | 0.00 |
| MICROSOFT OFFICE X2 | 189.95 | 0.00 | 94.98 | 189.95 | 0.00 | 189.95 | 0.00 |
| ENDNOTE X4 | 1,605.52 | 0.00 | 802.76 | 1,605.52 | 0.00 | 1,605.52 | 0.00 |
| ARTICULATE RAPID E LEARNING | 499.00 | 0.00 | 499.00 | 499.00 | 0.00 | 499.00 | 0.00 |
| ENDNOTE X2 | 398.38 | 0.00 | 398.38 | 398.38 | 0.00 | 398.38 | 0.00 |
| PRO CLIENT 5 PACK | 350.00 | 0.00 | 350.00 | 350.00 | 0.00 | 350.00 | 0.00 |
| SOFTWARE MACMEDIA | 129.90 | 0.00 | 129.90 | 129.90 | 0.00 | 129.90 | 0.00 |
| OFFICE FOR MAC 2011 | 217.24 | 0.00 | 217.24 | 217.24 | 0.00 | 217.24 | 0.00 |
| 18 MICROSOFT OFFICE FOR MAC | 3,059.82 | 0.00 | 3,059.82 | 3,059.82 | 0.00 | 3,059.82 | 0.00 |
| MICROSOFT OFFICE MAC OS | 162.99 | 0.00 | 162.99 | 162.99 | 0.00 | 162.99 | 0.00 |
| MICROSOFT OFFICE FOR MAC | 149.99 | 0.00 | 149.99 | 149.99 | 0.00 | 149.99 | 0.00 |
| MICROSOFT OFFICE FOR MAC | 151.94 | 0.00 | 151.94 | 151.94 | 0.00 | 151.94 | 0.00 |
| OMNIGRAFFLE LICENSE PURCHASE FOR APPLIE TECH | 199.99 | 0.00 | 100.00 | 199.99 | 0.00 | 199.99 | 0.00 |
| MICROSOFT OFFICE FOR MAC | 148.99 | 0.00 | 74.50 | 148.99 | 0.00 | 148.99 | 0.00 |
| KINECT SENSOR FOR WINDOWS | 259.57 | 0.00 | 129.79 | 259.57 | 0.00 | 259.57 | 0.00 |
| META COMMUNICATION | 3,194.00 | 0.00 | 1,597.00 | 3,194.00 | 0.00 | 3,194.00 | 0.00 |
| WINDOWS 7 PROFESSIONAL SP-1 | 139.99 | 0.00 | 70.00 | 139.99 | 0.00 | 139.99 | 0.00 |
| OFFICE MAC 2011 | 169.99 | 0.00 | 85.00 | 165.27 | 4.72 | 169.99 | 0.00 |
| OFFICE MAC 2011 | 169.99 | 0.00 | 85.00 | 165.27 | 4.72 | 169.99 | 0.00 |
| ADOVE UPGRADES FOR CS6-P & G | 1,098.00 | 0.00 | 549.00 | 1,052.25 | 45.75 | 1,098.00 | 0.00 |
| MS OFFICE | 165.83 | 0.00 | 82.92 | 149.72 | 16.11 | 165.83 | 0.00 |
| OFFICE MAC 2011 | 163.67 | 0.00 | 81.83 | 147.76 | 15.91 | 163.67 | 0.00 |
| | 26,846.47 | 0.00 c | 16,083.56 | 26,635.14 | 211.33 | 26,846.47 | 0.00 |
| | 45,806.39 | 0.00 | 27,910.69 | 45,507.85 | 298.54 | 45,806.39 | 0.00 |

**Fill in this information to identify the case:**

Debtor name __**Aegis Creative Communications, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

　　☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

　　☐ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1  Apple Financial Services**
Creditor's Name

**300 E. John Carpenter Freeway**
**Irving, TX 75060**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**3/16**
**Last 4 digits of account number**
**4397**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Computer equipment**

Describe the lien
**Purchase Money Security; lease with purchase option**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,255.39**　　　　　**Unknown**

---

**2.2  JPMorgan Chase Bank, N.A.**
Creditor's Name

**12860 West Alameda Parkway**
**Denver, CO 80228**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**5/06; LOC**
**Last 4 digits of account number**
**6942**

Describe debtor's property that is subject to a lien
**Blanket lien**

Describe the lien
**Common Law Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$242,918.04**　　　　　**Unknown**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Aegis Creative Communications, Inc.**                    Case number (if know) _____
          Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Newtek Small Business Finance, Inc.** | Describe debtor's property that is subject to a lien | $985,952.08 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Condo; blanket lien** | | |

**212 West 35th Street, Second Floor New York, NY 10001**
Creditor's mailing address

Describe the lien
**Common Law Lien; DOT**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**
**11/12**

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**2498**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,237,125.51 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Official Form 206D              Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 2 of 2

**Fill in this information to identify the case:**

Debtor name **Aegis Creative Communications, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Debbie Hopkins**<br>**2473 Briarwood Drive**<br>**Boulder, CO 80305** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,291.68 | $7,291.68 |
|  | Date or dates debt was incurred<br>**2/17; 3/17** | Basis for the claim:<br>**Wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Esther Langmack**<br>**7794 East Bayaud Avenue**<br>**Denver, CO 80230** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,854.18 | $8,854.18 |
|  | Date or dates debt was incurred<br>**2/17; 3/17** | Basis for the claim:<br>**Wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| Debtor | **Aegis Creative Communications, Inc.** | | Case number _(if known)_ | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,062.50 | $4,062.50 |
|---|---|---|---|---|
| | **Gretta Buick** | _Check all that apply._ | | |
| | **3826 Garnet Way** | ☐ Contingent | | |
| | **Highlands Ranch, CO 80126** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2/17; 3/17** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,020.83 | $8,020.83 |
|---|---|---|---|---|
| | **Jeanne Callan** | _Check all that apply._ | | |
| | **2541 Sweetwater** | ☐ Contingent | | |
| | **Lafayette, CO 80026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2/17; 3/17** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,729.18 | $5,729.18 |
|---|---|---|---|---|
| | **Lauren Peterson** | _Check all that apply._ | | |
| | **11104 Star Rush  Place** | ☐ Contingent | | |
| | **Lakewood Ranch, FL 34202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2/17; 3/17** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,997.43 | $9,997.43 |
|---|---|---|---|---|
| | **Patrick Scheff** | _Check all that apply._ | | |
| | **10952 Milliken Ave.** | ☐ Contingent | | |
| | **Conifer, CO 80433** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2/17; 3/17** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Aegis Creative Communications, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,145.84 | $1,145.84 |
|---|---|---|---|---|

**Rachel Koonz**
**28359 Pine Trail**
**Conifer, CO 80433**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/17; 3/17** | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,670.00 | $1,670.00 |
|---|---|---|---|---|

**Ryan Tooker**
**1119 White Elm**
**Loveland, CO 80538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/17; 3/17** | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,559.93 | $11,559.93 |
|---|---|---|---|---|

**Sandra Marticio**
**10952 Milliken Ave.,**
**Conifer, CO 80433**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/17; 3/17** | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,813.60 |
|---|---|---|---|

**American Express**
**PO Box 650448**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  <u>4/17</u>
Last 4 digits of account number  <u>4006</u>

Basis for the claim:  <u>Credit card</u>
Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Amit Bar-Or Consulting, Inc.**
**4827 De Maisonneuve Blvd. West**
**Westmount, Quebec H3Z1M4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  <u>9/12</u>
Last 4 digits of account number  _

Basis for the claim:  <u>Loan</u>
Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Aegis Creative Communications, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,250.00**

**Corporate Financial Leadership, LLC**
3412 W 109th Circle
Westminster, CO 80031

Date(s) debt was incurred  6/16 to 1/17

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Executive (CFO) services

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$464,460.08**

**Craig Smith and Mary Heffernan**
1507 42nd Avenue East
Seattle, WA 98112

Date(s) debt was incurred  4/12 and 5/15

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Based on three loans (loans one and two principal balance is $378,186.17; loan three principal balance is $86,273.91)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,227.67**

**Fundbox, Inc.**
300 Montgomery Street
San Francisco, CA 94104

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Factoring

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64,044.10**

**J Duane Spivey**
203 Windjammer Lane
Grayslake, IL 60030

Date(s) debt was incurred  2015 (consulting fees); 4/16 ($20,000 loan) 5/16 ($25,000 loan)

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Consulting fees ($19,044.10); two loans ($45,000)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

**Jedeane MacDonald**
739 Galapago
Denver, CO 80204

Date(s) debt was incurred  10/14

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,705.40**

**Lake Plaza Center, LLC**
44 Union Boulevard, Suite 121
Lakewood, CO 80228

Date(s) debt was incurred  5/17

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,608.00**

**Lewis Roca Rothgerber Christie,LLC**
1200 17th St., Suite 3000
Denver, CO 80202

Date(s) debt was incurred  12/16; 1/17; 2/17

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal services

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Aegis Creative Communications, Inc.**                Case number (if known) _____
        Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Peter Sheffer, DMD and Karen O'Donnell**
**55 Osceola Notch Road**
**Richmond, MA 01254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/14**

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,955.70 |
|---|---|---|---|

**Sarah A. Santini**
**801 Maple Street**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16**

Basis for the claim:  **Trade services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,150.00 |
|---|---|---|---|

**sh.Brand Ltd.**
**41 River Terrace, #1906**
**New York, NY 10282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/16; 12/16; 1/17; 2/17;**
**3/17**

Basis for the claim:  **Trade services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284,375.00 |
|---|---|---|---|

**Victoria Campbell**
**1515 S Josephine Street**
**Denver, CO 80210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012**

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,678.63 |
|---|---|---|---|

**Wells Fargo**
**Payment Remittance Center**
**PO Box 51174**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/17; 5/17**

Basis for the claim:  **Line of credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Donald D. Farlow, Esq.**<br>**Burns, Wall, and Mueller, P.C.**<br>**303 E. 17th Avenue, Suite 800**<br>**Denver, CO 80203** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 58,331.57 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,396,268.18 |

Debtor   **Aegis Creative Communications, Inc.**
Name

Case number (*if known*) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ 1,454,599.75

**Fill in this information to identify the case:**

Debtor name   **Aegis Creative Communications, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Apple Computer Equipment** | |
| State the term remaining — **3/19** | **Apple Financial Services**<br>**300 E. John Carpenter Freeway**<br>**Irving, TX 75062** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Vendor services agreement** | |
| State the term remaining — **Renews annually** | **F. Hoffmann-La Roche AG**<br>**Konzern-Hauptsitz**<br>**Grenzacherstrasse 124**<br>**CH-4070 Basel** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Factor agreement** | |
| State the term remaining — **N/A** | **Fundbox, Inc.**<br>**300 Montgomery Street**<br>**San Francisco, CA 94104** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Vendor/Service Agreement (as amended)** | |
| State the term remaining — **Renews annually** | **Genentech, Inc.**<br>**1 DNA Way**<br>**South San Francisco, CA 94080** |
| List the contract number of any government contract | |

Debtor 1 **Aegis Creative Communications, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease (as amended)** | |
| | State the term remaining | **6/19** | **Lake Plaza Limited Liability Company**<br>**44 Union Blvd., Suite 506**<br>**Denver, CO 80228** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Storage lease** | |
| | State the term remaining | **Month to month** | **Metro Moving & Storage**<br>**6001 South Prince Street**<br>**Littleton, CO 80120** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
| | State the term remaining | **Renews annually** | **Orbus Therapeutics, Inc.**<br>**2479 East Bayshore Road**<br>**Suite 105**<br>**Palo Alto, CA 94303** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Aegis Creative Communications, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Craig Smith and Mary Heffernan** | **1507 42nd Avenue East Seattle, WA 98112** | **Newtek Small Business Finance, Inc.** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Craig Smith and Mary Heffernan** | **1507 42nd Avenue East Seattle, WA 98112** | **Amit Bar-Or Consulting, Inc.** | ☐ D _____<br>■ E/F   **3.2**<br>☐ G _____ |
| 2.3 | **Jacquelynn D. Repola** | **8966 West Remington Place Littleton, CO 80128** | **American Express** | ☐ D _____<br>■ E/F   **3.1**<br>☐ G _____ |
| 2.4 | **Jacquelynn D. Repola** | **8966 West Remington Place Littleton, CO 80128** | **Amit Bar-Or Consulting, Inc.** | ☐ D _____<br>■ E/F   **3.2**<br>☐ G _____ |
| 2.5 | **Jacquelynn D. Repola** | **8966 West Remington Place Littleton, CO 80128** | **Apple Financial Services** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |

Debtor **Aegis Creative Communications, Inc.**                    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                                    Column 2: **Creditor**

---

| 2.6 | Jacquelynn D. Repola | 8966 West Remington Place Littleton, CO 80128 | JPMorgan Chase Bank, N.A. | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |

---

| 2.7 | Jacquelynn D. Repola | 8966 West Remington Place Littleton, CO 80128 | Newtek Small Business Finance, Inc. | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |

---

| 2.8 | Jacquelynn D. Repola | 8966 West Remington Place Littleton, CO 80128 | Peter Sheffer, DMD and Karen O'Donnell | ☐ D ____ ■ E/F __3.10__ ☐ G ____ |

---

| 2.9 | Jacquelynn D. Repola | 8966 West Remington Place Littleton, CO 80128 | Victoria Campbell | ☐ D ____ ■ E/F __3.13__ ☐ G ____ |

---

| 2.10 | Jacquelynn D. Repola | 8966 West Remington Place Littleton, CO 80128 | Wells Fargo | ☐ D ____ ■ E/F __3.14__ ☐ G ____ |

---

| 2.11 | Jacquelynn D. Repola | 8966 West Remington Place Littleton, CO 80128 | Jedeane MacDonald | ☐ D ____ ■ E/F __3.7__ ☐ G ____ |

---

**Fill in this information to identify the case:**

Debtor name      **Aegis Creative Communications, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $862,392.55 |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $2,335,485.13 |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $3,138,450.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor  **Aegis Creative Communications, Inc.**                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **BKD Graphic Solutions**<br>**655 N California Ave.**<br>**Mundelein, IL 60060** | 6/7/17<br>($5,306.25)<br>6/20/17<br>($7,218.75)<br>6/29/17<br>($3,687.50)<br>7/5/17<br>($3,543.75)<br>7/31/17<br>($1,575)<br>8/17/17<br>($3,281.25) | $24,612.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Fundbox, Inc.**<br>**300 Montgomery Street**<br>**San Francisco, CA 94104** | 5/25/17<br>($801.97)<br>6/1/17<br>($801.97)<br>6/8/17<br>($801.97)<br>6/15/17<br>($801.97)<br>6/22/17<br>($209.62)<br>6/29/17<br>($1,062.23)<br>7/6/17<br>($1,062.34)<br>7/13/17<br>($852.61)<br>7/20/17<br>($852.61)<br>7/27/17<br>($852.61)<br>8/3/17<br>($852.61)<br>8/10/17<br>($852.61)<br>8/17/17<br>($852.61) | $10,657.73 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **JPMorgan Chase Bank, N.A.**<br>**12860 West Alameda Parkway**<br>**Denver, CO 80228** | 8/4/17 | $7,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor   **Aegis Creative Communications, Inc.**                                   Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **J Duane Spivey**<br>**203 Windjammer Lane**<br>**Grayslake, IL 60030**<br>**Board member** | **See Schedule SOFA 4** | **$88,169.10** | **See Schedule SOFA 4** |
| 4.2.   **Jacquelynn Repola**<br>**8966 W Remington Place**<br>**Littleton, CO 80128**<br>**President** | **See Schedule SOFA 4** | **$113,724.52** | **See Schedule SOFA 4** |
| 4.3.   **Daniel Hancock**<br>**8966 W Remington Place**<br>**Littleton, CO 80128**<br>**Spouse of President** | **See Schedule SOFA 4** | **$23,657.00** | **See Schedule SOFA 4** |
| 4.4.   **Carolyn Repola**<br>**9766 S. Johnson Ct.**<br>**Littleton, CO 80127**<br>**President's mother** | **See Schedule SOFA 4** | **$15,757.16** | **See Schedule SOFA 4** |

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<span style="background:black;color:white">Part 3:</span>   **Legal Actions or Assignments**

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.   **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<span style="background:black;color:white">Part 4:</span>   **Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Official Form 207                   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   page **3**

Debtor   **Aegis Creative Communications, Inc.**                                Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **International Vaccum Tube Museum** **8547 East Arapahoe Road** **Suite J-200** **Greenwood Village, CO 80112** | **Free rent** | **11/15 to 11/16** | **$43,888.00** |
| | Recipients relationship to debtor **N/A** | | | |

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kevin S. Neiman, Esq.** **Law Offices of Kevin S. Neiman, pc** **999 18th Street, Suite 1230 S** **Denver, CO 80202** | | **7/12/17 ($1,000) 7/27/17 ($2,000) 8/7/17 ($7,835)** | **$10,835.00** |
| | Email or website address **www.ksnpc.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Aegis Creative Communications, Inc.**   Case number *(if known)*

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Debtor does not have personally indentifiable information, but does maintain considerable proprietary/confidential information that requires careful maintenance and disposal.**

   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
|---|---|
| **Aegis Creative Communications, Inc. 401(K) Plan** | EIN:  **74-3247818** |

   Has the plan been terminated?
   ■ No
   ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **Aegis Creative Communications, Inc.**                    Case number *(if known)*

---

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

   | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
   |---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

   | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
   |---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

   | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
   |---|---|---|---|
   | **Residence of Jacquelynn D. Repola 8966 West Remington Place Littleton, CO 80128** | **Ms. Repola; and Dan Hancock (spouse)** | **Office furniture; records; computer back-up system** | ☐ No ■ Yes |
   | **Metro Moving & Storage 6001 South Prince Street Littleton, CO 80120** | **Ms. Repola; and Dan Hancock (spouse)** | **Furniture, fixtures, and equipment** | ☐ No ■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor   **Aegis Creative Communications, Inc.**                Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Jackson & Doerksen, LLC<br>425 South Cherry Street<br>Suite 500<br>Denver, CO 80246** | **Approx. 1999 to<br>present** |
| 26a.2.   **Carolyn Repola<br>9766 West Johnson Court<br>Littleton, CO 80127** | **Approx. 1999 to<br>2016** |
| 26a.3.   **Patrick Scheff<br>10952 Milliken Ave.<br>Conifer, CO 80433** | **2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 7

Debtor   **Aegis Creative Communications, Inc.**                Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Jackson & Doerksen, LLC**<br>**425 South Cherry Street**<br>**Denver, CO 80246** | |
| 26c.2.   **Patrick Scheff**<br>**10952 Milliken Ave.**<br>**Conifer, CO 80433** | |
| 26c.3.   **Jacquelynn D. Repola**<br>**8966 West Remington Place**<br>**Littleton, CO 80127** | |
| 26c.4.   **Corporate Financial Leadership, LLC**<br>**3412 W 109th Circle**<br>**Westminster, CO 80031** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Newtek Small Business Finance, Inc.**<br>**212 West 35th Street, Second Floor**<br>**New York, NY 10001** |
| 26d.2.   **Craig Smith and Mary Heffernan**<br>**1507 42nd Avenue East**<br>**Seattle, WA 98112** |
| 26d.3.   **Westerra Credit Union**<br>**375 Union Blvd.**<br>**Lakewood, CO 80228** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jacquelynn D. Repola | 8966 West Remington Place<br>Littleton, CO 80127 | President and CEO; director; sole shareholder | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| J Duane Spivey | 203 Windjammer Lane<br>Grayslake, IL 60030 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gretchen Jahn | 11347 Colony Circle<br>Broomfield, CO 80021 | Director | |

Debtor   **Aegis Creative Communications, Inc.**                    Case number *(if known)*

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See SOFA 4 and Schedule SOFA 4** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 18, 2017**

**/s/ Jacquelynn D. Repola**                          **Jacquelynn D. Repola**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Schedule SOFA 4

| Name | Date | Amount | Purpose |
|---|---|---|---|
| Jacquelynn Repola | 8/17/2017 | $1,479.59 | Expense Reimbursement |
| | 8/19/2016 | $7,000.00 | Wages |
| | 9/2/2016 | $2,500.00 | Loan Repayment |
| | 9/5/2016 | $7,000.00 | Wages |
| | 9/20/2016 | $7,000.00 | Wages |
| | 9/28/2016 | $2,000.00 | Expense Reimbursement |
| | 10/5/2016 | $7,000.00 | Wages |
| | 10/20/2016 | $1,275.00 | Loan Repayment |
| | 10/20/2016 | $7,000.00 | Wages |
| | 11/5/2016 | $7,000.00 | Wages |
| | 11/21/2016 | $7,000.00 | Wages |
| | 12/5/2016 | $1,000.00 | Wages |
| | 12/20/2016 | $7,000.00 | Wages |
| | 12/22/2016 | $6,000.00 | Loan Repayment |
| | 12/22/2016 | $2,500.00 | Loan Repayment |
| | 1/5/2017 | $7,000.00 | Wages |
| | 1/20/2017 | $7,000.00 | Wages |
| | 2/5/2017 | $1,000.00 | Wages |
| | 2/20/2017 | $1,145.84 | Wages |
| | 3/5/2017 | $1,145.84 | Wages |
| | 3/20/2017 | $500.00 | Wages |
| | 4/5/2017 | $2,000.00 | Wages |
| | 5/16/2017 | $500.00 | Expense Reimbursement |
| | 5/18/2017 | $2,000.00 | Wages |
| | 5/30/2017 | $737.99 | Expense Reimbursement |
| | 6/5/2017 | $3,000.00 | Wages |
| | 6/20/2017 | $3,000.00 | Wages |
| | 6/23/2017 | $1,611.33 | Expense Reimbursement |
| | 7/5/2017 | $3,000.00 | Wages |
| | 7/6/2017 | $1,328.93 | Expense Reimbursement |
| | 7/20/2017 | $3,000.00 | Wages |
| | 8/5/2017 | $3,000.00 | Wages |
| | | **$113,724.52** | |
| | | | |
| James Spivey | 8/19/2016 | $6,250.00 | Wages |
| | 9/5/2016 | $6,250.00 | Wages |
| | 9/20/2016 | $6,250.00 | Wages |
| | 10/5/2016 | $6,250.00 | Wages |
| | 10/20/2016 | $6,250.00 | Wages |

|  | 11/5/2016 | $6,250.00 | Wages |
|  | 11/21/2016 | $6,250.00 | Wages |
|  | 12/5/2016 | $2,250.00 | Wages |
|  | 12/20/2016 | $6,250.00 | Wages |
|  | 12/22/2016 | $6,000.00 | Loan Repayment |
|  | 1/5/2017 | $6,250.00 | Wages |
|  | 1/20/2017 | $6,250.00 | Wages |
|  | 2/5/2017 | $2,250.00 | Wages |
|  | 2/20/2017 | $3,125.00 | Wages |
|  | 3/5/2017 | $3,125.00 | Wages |
|  | 3/20/2017 | $1,500.00 | Wages |
|  | 4/5/2017 | $3,125.00 | Wages |
|  | 4/26/2017 | $2,000.00 | Loan Repayment |
|  | 6/20/2017 | $294.10 | Expense Reimbursement |
|  | 6/29/2017 | $2,000.00 | Loan Repayment |
|  |  | **$88,169.10** |  |
| Daniel Hancock | 8/19/2016 | $1,875.00 | Wages |
|  | 9/2/2016 | $1,875.00 | Wages |
|  | 9/20/2016 | $1,875.00 | Wages |
|  | 10/5/2016 | $1,875.00 | Wages |
|  | 10/20/2016 | $1,875.00 | Wages |
|  | 11/4/2016 | $1,875.00 | Wages |
|  | 11/21/2016 | $1,875.00 | Wages |
|  | 12/5/2016 | $657.00 | Wages |
|  | 12/20/2016 | $1,875.00 | Wages |
|  | 1/5/2017 | $1,875.00 | Wages |
|  | 1/20/2017 | $1,875.00 | Wages |
|  | 2/20/17 | $937.50 | Wages |
|  | 3/6/17 | $937.50 | Wages |
|  | 3/20/17 | $500.00 | Wages |
|  | 4/5/17 | $1,875.00 | Wages |
|  |  | **$23,657.00** |  |
| Carolyn Repola | 8/19/2016 | $1,499.99 | Wages |
|  | 9/2/2016 | $1,500.00 | Wages |
|  | 9/20/2016 | $1,500.00 | Wages |
|  | 10/5/2016 | $1,500.00 | Wages |
|  | 10/20/2016 | $1,499.99 | Wages |
|  | 11/4/2016 | $1,500.00 | Wages |
|  | 11/21/2016 | $1,500.00 | Wages |

| | | |
|---|---|---|
| 12/5/2016 | $1,500.00 | Wages |
| 12/20/2016 | $1,500.00 | Wages |
| 1/5/2017 | $2,257.18 | Wages + PTO payout @ termination |
| | **$15,757.16** | |

# United States Bankruptcy Court
## District of Colorado

In re   **Aegis Creative Communications, Inc.**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 18, 2017**

**/s/ Jacquelynn D. Repola**

**Jacquelynn D. Repola**/President
Signer/Title

# United States Bankruptcy Court
## District of Colorado

In re   **Aegis Creative Communications, Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Aegis Creative Communications, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 18, 2017**

Date

**/s/ Kevin S. Neiman**

**Kevin S. Neiman 36560**

Signature of Attorney or Litigant

Counsel for   **Aegis Creative Communications, Inc.**

**Law Offices of Kevin S. Neiman, pc**
**999 18th Street, Suite 1230 S**
**Denver, CO 80202**
**(303) 996-8637 Fax:(877) 611-6839**
**kevin@ksnpc.com**